| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br>In re:<br><br>GAIL MARIE DIMICCO-CAMPBELL,<br><br>                Debtor(s)<br>---------------------------------------------------------X<br>SIRS / MADAMS | *Return Date:  June 24, 2010*<br>*Time:  9:30 a.m.*<br><br>Chapter 13<br>Case No.: 8- 10-72642-736<br><br>**NOTICE OF MOTION** |

        **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge on the 24th day of JUNE, 2010 at 9:30 a.m., at the United States Bankruptcy Court located at the Long Island Federal Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C.§§521(a)(1), & 1307(c), dismissing this case, by reason of the debtor's failure to submit monthly pre-confirmation payments, failure to file and/or provide documents, failure to appear at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than five (5) days prior to the return date of this motion.

Dated:  Melville, New York  
        June 8, 2010

Yours, etc.

        MICHAEL J. MACCO  
        Chapter 13 Trustee  
        135 Pinelawn Road, Suite 120 South  
        Melville, New York 11747  
        (631) 549-7900

*To:*    Office of the United States Trustee  
           Gail Marie Dimicco-Campbell, Pro Se Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X  **tmm1634**
In re:

                                                  Chapter 13
GAIL MARIE DIMICCO-CAMPBELL,         Case No.: 8- 10-72642-736

                Debtor(s)                 **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

      MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

      1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on April 13, 2010, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

      2. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

      3. In addition, as of this date the debtor(s) has failed to file copies of pay statements from employer for sixty (60) day period preceding filing, within the fifteen (15) day period required under the Bankruptcy Code.

      4. Furthermore, as of this date the debtor has failed to provide the Trustee with written appraisal for property; copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

      5. Moreover, the debtor failed to appear at the initial §341 meeting of creditors, held on June 1, 2010 at 9:00 a.m.

      6. This is a material default and is prejudicial to the rights of the creditors of the debtor.

      **WHEREFORE**, the Trustee prays for an Order pursuant to the provisions of 11 U.S.C.§§521(a)(1), & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Melville, New York
       June 8, 2010                                        */s/ Michael J. Macco*
                                                      Michael J. Macco, Chapter 13 Trustee
                                                      135 Pinelawn Road – Suite 120 South
                                                      Melville, New York 11747
                                                      (631) 549-7900

STATE OF NEW YORK   )
COUNTY OF SUFFOLK   )   ss.:

      MARY E. FERRO, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Suffolk County, New York.

      On June 8, 2010, deponent served the within:

**NOTICE OF MOTION AND APPLICATION**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To:    Office of the United States Trustee
        Long Island Federal Courthouse
        560 Federal Plaza
        Central Islip, NY 11722

        Gail Marie DiMicco-Campbell, Pro Se Debtor
        28 B Nesaquake Avenue
        Port Washington, NY 11050

                        */s/ Mary E. Ferro*
                        MARY E. FERRO

Sworn to before me this
8th day of June, 2010

*/s/ Loni Bragin*
NOTARY PUBLIC
Loni Bragin
Notary Public, State of New York
No. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2011